**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to May 8, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-17-308,
A-17-309          State v. Mohamed

A-17-691          State v. Mason

A-17-693          Moyer v. Moyer

A-17-823,
A-17-824          State v. Hauser

A-17-949          State v. Norris

A-17-1054         Tarman v. Tarman

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.